# UNITED STATES BANKRUPTCY COURT

## District of Arizona

**FILED**

In re:   **TETON WILSON**
       **4096**

Case No. **04-21421**

Chapter **7**

Debtor

Address :4432 E. VINEYARD RD., PHOENIX, AZ 85042

2004 DEC 13 P 12:43

Social Security No(s).:4096

Employer's Tax Identification No(s). [if any]:

CLERK

# DISCLOSURE OF COMPENSATION

1. Under 11 U. S. C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For document preparation services, I have agreed to accept | $ 200.00 |
| Prior to the filing of this statement I have received | $ 200.00 |
| Balance Due | $ 0.00 |

2. I have prepared or caused to be prepared the following documents (itemize):

   **CHAPTER 7 BANKRUPTCY PETITION**

   and provided the following services (itemize):

   **None**

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☐ Debtor        ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   NAME                          SOCIAL SECURITY NUMBER

   NONE

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _Carol G Gray_      **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**      **12·11·04**

Social Security No.                 Date

Name(Print):   **Carol Gray AZCLDP # 80046**

Address:   **3423 N. 70th St.**
           **Scottsdale, AZ 85251**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U. S. C. § 110; 18 U. S. C. § 156.