FORM B18

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                  Case No.: 2:04–bk–21421–GBN

TETON WILSON                                            Chapter: 7
4432 E VINEYARD RD
PHOENIX, AZ 85042
**SSAN:** xxx–xx–4096
**EIN:**

Debtor(s)

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


**Date:** April 11, 2005                                BY THE COURT


**Address of the Bankruptcy Clerk's Office:**           HONORABLE George B. Nielsen Jr.
U.S. Bankruptcy Court, Arizona                          United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1706
Telephone number: (602) 682–4000
www.azb.uscourts.gov


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (7/97)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2         User: admin              Page 1 of 1              Date Rcvd: Apr 12, 2005
Case: 04-21421               Form ID: b18             Total Served: 19

The following entities were served by first class mail on Apr 14, 2005.
db         +TETON WILSON,    4432 E VINEYARD RD,    PHOENIX, AZ 85042-6485
tr          S. WILLIAM MANERA,    P.O. BOX 44350,    PHOENIX, AZ  85064-4350
docprep    +CAROL J GRAY,    3423 N 70TH STREET,    SCOTTSDALE, AZ 85251-5521
5618126    +AMERICAS RECOVERY NETWORK,    20 W. 11TH ST.,    COVINGTON, KY 41011-4112
5618127    +ARIZONA PUBLIC SERVICE,    P0 BOX 53999,    PHOENIX, AZ 85072-3999
5701061    +ARMED FORCES BANK,    DOUGLAS M NEEB,    1100 MAIN STE 350,    KANSAS CITY MO 64105-5114
5618128    +ARMED FORCES BANK,    13877 W. THUNDERBIRD ST.,    GLENDALE, AZ 85307-2022
5618129     AT & T,    P0 BOX 78628,    PHOENIX, AZ 85062-8628
5618130     CAPITAL ONE BANK,    P.O. BOX 85064,    GLEN ALLEN, VA 23058
5618131    +CHEVRON USA,    P0 BOX 5010,    CONCORD, CA 94524-0010
5618132    +CMRE FINANCIAL SERVICES,    3350 E. BIRCH ST.,    BREA, CA 92821-6264
5618133    +CROSS COUNTRY BANK,    P0 BOX 15371,    WILMINGTON, DE 19850-5371
5618134    +FINGERHUT,    53 MCLELAND RD,    ST. CLOUD, MN 56395-2076
5618135    +FIRST PREMIER BANK,    601 S. MINNESOTA AVE.,    SIOUX FALLS, SD 57104-4868
5618136    +JEFFERSON CAPITAL SYSTEM,    16 MCLELAND RD.,    SAINT CLOUD, MN 56303-2198
5618137    +MBNA AMERICA,    P0 BOX 15137,    WILMINGTON, DE 19886-0001
5618138    +PATRIOTS,    24003 VENTURA BLVD.,BLDG. A,    CALABASAS, CA 91302-2542
5618139    +ZIONS FIRST NATIONAL BANK,    P0 BOX 702051,    SALT LAKE CITY UT 84170-2051

The following entities were served by electronic transmission on Apr 13, 2005 and receipt of the transmission
was confirmed on:
smg        +EDI: AZDEPREV.COM Apr 13 2005 05:45:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
5618134    +EDI: TSYS2.COM Apr 13 2005 05:47:00      FINGERHUT,    53 MCLELAND RD,    ST. CLOUD, MN 56395-2076
                                                                                                   TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2005**              **Signature:** *Joseph Speetjens*