**Patriot's Home & Auto Outfitters**
7562 Hitech Road
Roanoke, Virginia 24019
(888) 502-0764
(540) 345-7959 Fax

2005 MAY -2 P 4: 08

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

April, 27, 2005

S. William Manera
P.O. Box 44350
Phoenix, AZ 85064-4350

Re: Chapter 7 Bankruptcy
Teton Wilson
File #04-21421

Dear Sir,

We sued a customer of ours in court on April 25, 2005 by the name of Teton Wilson. Much to our surprise we found that he had filed bankruptcy and we had not been notified. This is a secured loan. Enclosed you will find a copy of his contract with No. 5 circled. Also, we have included his payment history. If he had no assets where are the rims and tires we sold him a couple of months before totaling $3,280.00?

We feel that this customer should return our collateral as called for in his contract, or reaffirm his commitment at the fair market value of $2400.00.

Any assistance you can provide in this matter will be appreciated.

Sincerely,

Patriot's Home & Auto Outfitters

Rita Henegar
Accounts Receivable Mgr

Cc: Us Bankruptcy Court

TETON WILSON

 **PATRIOTS HOME & AUTO OUTFITTERS, INC.** 176-80-322
7562 Hitech Rd., Roanoke, Virginia 24019

If accepted, please ship the following item(s):

4 Bigg EZ 20 inch mounted and Balanced only on 275/45/20 with install kit

| | |
|---|---|
| Cash Price...................... | $ 3380 |
| Tax............................... | $ ---- |
| Shipping........................ | $ 149 |
| Sub Total....................... | $ 3529 |
| Down Payment............... | $ 149 |
| Unpaid Prior Balance.... | $ ---- |
| Total Unpaid Balance.... | $ 3380.00 |

**NOTE:** BY SIGNING THIS AGREEMENT, YOU AGREE THAT "UNPAID BALANCE OF PRIOR PURCHASES" AS SHOWN ABOVE, INCLUDING ANY FINANCE CHARGES APPLICABLE TO SUCH AMOUNTS, SHALL BE SUBJECT TO THE TERMS OF THIS AGREEMENT AND THAT THIS AGREEMENT SHALL SUPERSEDE AND REPLACE ANY PRIOR AGREEMENT BETWEEN YOU AND US RELATING TO SUCH AMOUNTS.

**REVOLVING (OPEN END) CREDIT AGREEMENT
AND DISCLOSURE STATEMENT**

In consideration of the granting of credit on this account by Patriots Home & Auto Outfitters, its successors and assigns (referred to as "seller", "we" or "us"), the undersigned buyer or buyers (individually and collectively referred to as "buyer" or "you") promises to pay to us the charges made to this account, together with any finance charges and other charges or fees due under the terms of this Revolving (Open End) Credit Agreement. You will become legally obligated under this Agreement upon acceptance and use of this account. You agree to pay a minimum payment of $ 169.00 (or the account balance, if less) on or before 8/15 2004 and on the same date each month thereafter (such date, the "Statement Closing Date") while a balance remains. We reserve the right to change your minimum payment as a result of additional charges to your account. No finance charge is imposed upon extensions of credit which are paid in full within one billing cycle after the Statement Closing Date. A billing cycle is a period beginning on the day immediately following a Statement Closing Date and ending on the next Statement Closing Date. After deducting payments and credits received during the billing cycle, a **FINANCE CHARGE OF** 1.5 **% PER MONTH** (the "periodic rate") will be added to your balance, equal to an **ANNUAL PERCENTAGE RATE of** 18 **%**. The FINANCE CHARGE will be computed by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new charges made that day and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance". **PLEASE SEE "ADDITIONAL TERMS AND CONDITIONS" IN THIS AGREEMENT.**


I HAVE READ AND UNDERSTAND THIS PAGE
TLW
(initial)

Ret

NOTICE TO BUYER: (1) Do not sign this agreement before you read it in its entirety including the **"ADDITIONAL TERMS AND CONDITIONS"** or if it contains any blank spaces. (2) You are entitled to keep a completely filled-in-copy of it. (3) Since this is an "Open" account you always have the right to pay off the full balance or make larger payments to reduce your account balance, and thus save finance charges. (4) You may add future purchases to your open-end credit account ONLY within the provided limitations set forth in the **"ADDITIONAL TERMS AND CONDITIONS"** hereof. By signing below, you agree to all of the above terms and all other terms set forth in the **"ADDITIONAL TERMS AND CONDITIONS"** hereof and acknowledge that you have received a completed copy of this Agreement. Each of the undersigned buyers agrees that they are individually and jointly obligated for all amounts and

http://varedicredit.com/online-application.htm            7/19/2004

payments due under this Agreement.

### BUYER AGREES TO THE FOLLOWING "ADDITIONAL TERMS AND CONDITIONS"

1. If you default as to any obligation hereunder or as to any other terms governing this credit plan then the entire indebtedness shall become immediately due and payable without notice or demand and we, or anyone we have assigned this agreement to, shall have all the rights and remedies available under the Uniform Commercial Code and other applicable laws. You agree to pay all reasonable attorney fees and expenses of collection, if any, incurred by Patriots Home & Auto Outfitters or any assignee resulting from your failure to make all payments as and when they become due or from your failure to abide by any other terms or conditions of this agreement. If you pay us with a check or by means of an automatic debit entry (Checkomatic/ACH transfer) and the check or automatic debit entry is returned unpaid or refused due to lack of funds in your account, you agree to pay us a returned item fee of $20 each time a check or debit is returned unpaid or refused, plus any charges or expenses we incur due to the check or debit being returned or unpaid. If we have to take court action against you to collect any amount you owe us on your account, you agree that we may do so in the state or federal courts serving the county of Roanoke, Virginia, or any other such place by law.

2. Credit Investigation: You authorize us to investigate your credit history by obtaining credit reports and by making direct inquiries of businesses where you have accounts and where you work. You also authorize us to report your performance under this Agreement to credit bureaus and others who may properly receive such information.

3. Privacy Act Provision: Permission is given to my commanding officer to furnish information in connection with granting credit or any matter concerning my account, which includes giving my latest home or military address of record.

4. Any free gift that you are to receive is not included in seller's offer.

5. You hereby grant to us a purchase money security interest in and to the goods obtained pursuant hereto together with all proceeds therein. You authorize us to file a financing statement to be filed in connection with this security interest.



*I HAVE READ AND UNDERSTAND THIS PAGE*
*TLW*
*(initial)*

6. We reserve the right to (a) limit the amount of credit you may have outstanding at any one time and (b) to modify change or suspend in whole or in part the terms of this credit. Any such change in terms may take effect as to balances outstanding on your account on the effective date of the change in terms. You agree to pay upon demand any amount which exceeds your credit limit.

7. You may pay your current balance shown on your monthly statement in full or in part. If you choose not to pay your current balance in full, you must make at least the monthly minimum payment shown on such statement.

8. You will advise us promptly of any change of address. All written notices and statements to you by us will be considered given when placed in the United States mail, postage prepaid, and addressed to you at your current address as it appears in our current records. If this is a joint account, written notice to one person is notice to the other person(s).

9. You agree that we may accept late payments or partial payments or checks, drafts or money orders marked "Paid in Full" without losing any rights under this agreement. You agree that we may choose not to require you to make a monthly payment during certain designated billing cycles. If you do not make a

payment as provided in this Agreement, then you understand that we will continue to apply finance charges to your account during any such skip payment billing cycle. Beginning with the billing cycle following a skip date, you agree that all of the provisions of this Agreement shall apply again.

10. ASSIGNMENT: You agree and acknowledge that we may assign any and all receivables arising from time to time under your account without further notice to you.

11. MANDATORY ARBITRATION OF CERTAIN DISPUTES AT THE OPTION OF EITHER PARTY: Upon demand by either you or us (whether made before or after institution of any judicial proceeding), any claim or controversy between you and us arising out of this agreement involving a claim or claims totaling more than $5,000 ("a Dispute") shall be resolved by binding arbitration conducted in the county of Roanoke, Virginia by and under the rules of the American Arbitration Association. Disputes may include without limitation, tort claims counterclaims, a dispute as to whether a matter is subject to arbitration, claims brought as class actions, or claims arising from documents executed in the future. A judgment upon the award may be entered in any court having jurisdiction.



**YOUR BILLING RIGHTS—KEEP THIS NOTICE FOR FUTURE USE IN CASE OF ERROR OR INQUIRIES ABOUT YOUR BILL**

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

Notify Us in Case of Errors or Questions About your Bill and your Monthly Statement

If you think your bill is wrong, or you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after we send you the first billing which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

**In your letter give us the following information:** Your full account name and account number. The dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information describe the item you are not sure about.

If you authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us within three business days before the automatic payment is scheduled to occur.

**Your rights and your responsibilities After We Receive Your Written Notice**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill is correct.

After we receive your letter, we cannot collect any amount you question or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of the monthly statement that are not in question.

If we find we have made a mistake on your bill, you will not have to pay any finance charges related to any

http://varedicredit.com/online-application.htm   7/19/2004

questioned amount. If we didn't make a mistake you may have to pay finance charges and you will have to make up any missed payments on the questioned amount. In either case we will send you a statement of the amount you owe and the date that it is due.

> I HAVE READ AND
> UNDERSTAND
> THIS PAGE
> _JLW_
> (Initial)

If you fail to pay the amount we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write us within 10 days that you still refuse to pay, we must tell anyone we report you to that you have a question about your monthly statement. And, we must tell you the name that we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we do not follow these rules, we can't collect the first $50 of the questioned amount, even if your monthly statement was correct.

**NOTICE: Any holder of this consumer contract is subject to all claims and defenses, which the buyer could assert against the seller of goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the buyer shall not exceed amounts paid by the buyer hereunder.**

**I have read and understand pages 1 thru 5 of this credit agreement.**

Signed:

BUYER'S SIGNATURE _Jeter L Wilson_  DATE _7/19/04_

ADDRESS _909 W Grove Pkwy_  CITY _Apt 3048_  STATE _Tempe AZ_  ZIP CODE _85283_

JOINT BUYERS SIGNATURE  DATE

ADDRESS  CITY  STATE  ZIP CODE

Down payment of $ _149.00_ is acknowledged _____
SELLER'S REPRESENTATIVE
I authorize the above down payment to be charged to my credit card.

CREDIT CARD NUMBER _4168 3200 0179 3712_   ISSUER _____   EXP DATE _11/05_   CARDHOLDER SIGNATURE _Jeter Wilson_

http://varedicredit.com/online-application.htm                                      7/19/2004

**Redi-Credit (Internet)**

7562 HiTech Road
Roanoke, VA 24019
Phone #:    (540) 563-1100
Fax #:      (540) 563-9817

# Purchase Order

| Requisition # | Purchase Order # | P.O. Date |
|---|---|---|
| 2501 | 2471 | 7/27/04 |

Vendor: Custom Wheels Unlimited
10470 Wildon
Ashland, VA 23005

Ship To Name: SEE COMMENTS BELOW

Contact: Ed     Fax # (804) 550-9926
                Phone # (804) 550-9910

| Order Date | Cancel Date | Ship Via Carrier | Required Delivery Date | Terms |
|---|---|---|---|---|
| 4/25/05 | | | | |

| Detail # | Product Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 4747 | Set of 4 20" Bigg Easy, mounted & balanced on 275/45/20, lock & lug kit | 1 | ▬▬▬ | ▬▬▬ |

Comments: Vehicle: 2003 Trailblazer  Shipping Info:
Teton Wilson  909 West Grove Pkwy.
#3048  Tempe AZ 85283 (602) 454-2157
Sales Rep: Rick (ext. 105)

Total: ▬▬▬

ORDER TERMS AND CONDITIONS
1. ALL PACKING SLIPS/INVOICES MUST BE REFERENCED WITH CUSTOMERS PURCHASE ORDER NUMBER.
2. GOODS NOT IN ACCORDANCE WITH SPECIFICATIONS WILL BE REJECTED AND HELD AT VENDOR'S RISK, AWAITING DISPOSAL. VENDOR MUST PAY FREIGHT ON ALL REJECTED MATERIALS.
3. THE RIGHT IS RESERVED TO CANCEL ALL OR PART OF THIS ORDER IF NOT DELIVERED WITHIN SPECIFIED TIME.
4. PACKING SLIPS MUST ACCOMPANY ALL SHIPMENTS.
5. BY ACCEPTANCE OF THIS ORDER, VENDOR WARRANTS THAT ALL MATERIAL SHIPPED UNDER THIS ORDER COMPLIES WITH ALL LAWS AND REGULATIONS OF FEDERAL AND STATE GOVERNMENTS.
6. BACK ORDERS MUST BE ANNOUNCED BEFORE SPECIFIED DELIVER DATE.
7. IN THE EVENT THAT OUR BUSINESS IS INTERRUPTED BY IN WHOLE OR IN PART BY THE FOLLOWING: FIRE, FLOOD, WINDSTORM, EARTHQUAKE, WAR, STRIKE, EMBARGO, ACTS OF GOD, GOVERNMENT ACTION, OR ANY CAUSES BEYOND OUR CONTROL, WE SHALL HAVE THE OPTION OF CANCELLING UNDELIVERED ORDERS IN WHOLE OR PART.
8. ACCEPTANCE OF THIS PURCHASE ORDER, OR SHIPMENT OF ANY PART WILL CONSTITUTE AN AGREEMENT TO ALL ITS SPECIFICATIONS.

Approved By:
Leslie Boone

Payments　　　　Comments/Addr Change　　　　View

file: P.176.PYMTHIST.176-80322

```
                         Dealer: PATRIOT'S HOME & AUTO OUAs of: 04/24/2005 - 22:28
                         Phone : 757-362-3524/    -    -
                               ****** ACCOUNT CLOSED ******
                               ****** ACCOUNT CLOSED ******
                               ****** ACCOUNT CLOSED ******
Contract: 176-80322      Amount Financed:   3380.00  Store : 515 REVOLVING
WILSON, TETON L          Finance Charge :      N/A      SSN : 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
909 WEST GROVE PARKWAY   Prev. Payments :      N/A
                         Total Payments :      N/A
APT 3048                 Term           :      N/A  Del. Pmts :      0.00
TEMPE, AZ 85283          Monthly Pmt.   :   169.00  Delinq. Amt:     0.00
                         Contract Date  :07/19/2004
Home Phone: 480-456-6771 First Pmt Date :08/15/2004
Work Phone: 602-889-1200      0.00 Due by:05/15/2005 Current Bal:    0.00
Cell Phone:         -        -
Merchandise:TIRES AND RIMS
                       ********** NO LINKED ACCOUNTS !!! **********

-------------------------- T R A N S A C T I O N S ----------------------------
Eff Date T/C  Description     Info/Check #    Charges   Tran Amt    Balance
03/31/05 09 Close Account     C/B Refer to Dlr   0.00   3686.85       0.00
03/20/05 80 Finance Charge    .................  0.00     50.22-   3686.85
02/20/05 80 Finance Charge    .................  0.00     54.76-   3636.63
01/20/05 80 Finance Charge    .................  0.00     53.69-   3581.87
12/20/04 80 Finance Charge    .................  0.00     48.96-   3528.18
12/20/04 83 Ret Item Fee      R02..............  0.00      8.00-   3479.22
12/20/04 51 ACH Returned      Account Closed..   0.00    169.00-   3471.22
12/16/04 83 Ret Item Fee      R10..............  0.00      8.00-   3302.22
12/16/04 51 ACH Returned      Not Auth........   0.00    169.00-   3294.22
12/15/04 10 ACH Payment       BANK ONE ARIZONA   0.00    169.00    3125.22
11/30/04 10 ACH Payment       ARIZONA F.C.U...   0.00    169.00    3294.22
11/26/04 83 Ret Item Fee      R01..............  0.00      8.00-   3463.22
11/26/04 51 ACH Returned      Ins. Funds......   0.00    169.00    3455.22
11/20/04 80 Finance Charge    .................  0.00     50.78-   3286.22
11/19/04 12 ACH Redeposit     BANK ONE ARIZONA   0.00    169.00    3235.44
11/19/04 83 Ret Item Fee      R01..............  0.00      8.00-   3404.44
11/19/04 51 ACH Returned      Ins. Funds......   0.00    169.00-   3396.44
11/15/04 10 ACH Payment       BANK ONE ARIZONA   0.00    169.00    3227.44
10/28/04 83 Ret Item Fee      R01..............  0.00      8.00-   3396.44
10/28/04 51 ACH Returned      Ins. Funds......   0.00    169.00-   3388.44
10/22/04 12 ACH Redeposit     BANK ONE ARIZONA   0.00    169.00    3219.44
10/20/04 51 ACH Returned      Ins. Funds......   0.00    169.00-   3388.44
10/20/04 83 Ret Item Fee      R01..............  0.00      8.00-   3219.44
10/20/04 80 Finance Charge    .................  0.00     49.46-   3211.44
10/15/04 10 ACH Payment       BANK ONE ARIZONA   0.00    169.00    3161.98
10/06/04 10 ACH Payment       BANK ONE ARIZONA   0.00    169.00    3330.98
09/29/04 83 Ret Item Fee      R01..............  0.00      8.00-   3499.98
09/29/04 51 ACH Returned      Ins. Funds......   0.00    169.00-   3491.98
09/24/04 12 ACH Redeposit     ARIZONA F.C.U...   0.00    169.00    3322.98
09/20/04 80 Finance Charge    .................  0.00     52.31-   3491.98
09/17/04 83 Ret Item Fee      R01..............  0.00      8.00-   3439.67
09/17/04 51 ACH Returned      Ins. Funds......   0.00    169.00-   3431.67
09/15/04 10 ACH Payment       ARIZONA F.C.U...   0.00    169.00    3262.67
```