SIGNED.

Dated: May 05, 2005

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re | ) | Chapter 7 |
| | ) | |
| TETON WILSON, | ) | Case No. 04-21421-GBN |
| | ) | |
| Debtor. | ) | ORDER |

The court has been sent a copy of a letter from creditor Patriots Home and Auto Outfitters to the bankruptcy trustee. There is no indication a copy was sent to the debtor, as required. Rule 9013, *F.Br.R.*

Creditor asserts it holds a security interest in automobile equipment and wants either its collateral returned or for debtor to reaffirm this debt. It is not clear what creditor wants from this court or trustee. Debtor and creditor are free to negotiate a reaffirmation if both are willing. However, neither creditors nor debtors can be compelled to enter a reaffirmation if they are unwilling.

Debtor scheduled this debt at $3,500, listing a California address for Patriots at 24003 Ventura Blvd., Bldg A in Calabasas, 91302. This debt was discharged as debtor's personal obligation by entry of a chapter 7 discharge order on April 11, 2005. Assuming creditor correctly perfected a lien in its

collateral, there is no indication debtor attempted to void that lien in the bankruptcy. Accordingly the lien passed through bankruptcy unaffected and creditor is free to repossess its collateral by lawful means. That is its responsibility, not that of the trustee or this court. Since debtor's personal liability has been discharged, creditor's remedies are limited to repossession of the collateral. Debtor would not be liable for a personal or deficiency judgment.

Creditor will attempt no further *ex parte* contact with the court. Rule 9003(a).

DATED and SIGNED ABOVE.

Copies mailed this 6th
day of May, 2005, to:

Rita Henegar
Patriot's Home & Auto Outfitters
7562 Hitech Road
Roanoke, VA 24019
Creditor Pro Se

Teton Wilson (with copy of letter)
4432 E. Vineyard Road
Phoenix, AZ 85042
Debtor Pro Se

S. William Manera
P.O. Box 44350
Phoenix, AZ 85064-4350
Chapter 7 Trustee

By /s/ Rachael M. Stapleton
      Deputy Clerk